IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EMILY LAJEUNESSE, INDIVIDUALLY, ET AL., | ) | |
| Plaintiffs, | ) | |
| ANTHONY EPPERSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF KRISHAUN MCKELLAR, | ) | CIVIL ACTION NO. |
| Intervenor Plaintiff, | ) | 3:25-CV-2979-G |
| V. | ) | |
| HENRY CLAY CALDWELL, ET AL., | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge. The court therefore **GRANTS** the plaintiffs' motion to remand (docket entry 12). Accordingly, this case is **REMANDED** to the County Court at Law No. 2 of Dallas County, Texas. The Clerk of Court shall mail a certified copy of this order to the county clerk of Dallas County, Texas. 28 U.S.C. § 1447.

**SO ORDERED**.

September 14, 2026.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**