IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EMILY LAJEUNESSE, individually, ET AL., | § | |
| Plaintiffs, | § | |
| ANTHONY EPPERSON, individually and as representative of the ESTATE OF KRISHAUN MCKELLAR, | § | |
| Intervenor Plaintiff, | § | |
| V. | § | No. 3:25-cv-2979-G-BN |
| HENRY CLAY CALDWELL, ET AL., | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO STAY**

The Court GRANTS the Covenant Defendants' motion to stay remand order pending appeal [Dkt. No. 67] for the reasons just explained by the United States Court of Appeals for the Fifth Circuit. *See Par. of Cameron v. Devon Energy Prod. Co., L.P.*, ___ F.4th ____, No. 26-30505, 2026 WL 3002118 (5th Cir. Oct. 5, 2026) (per curiam) (published order).

SO ORDERED.

DATE: October 7, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE